Certificate Number: 14912-PAW-DE-033522920

Bankruptcy Case Number: 19-10874



14912-PAW-DE-033522920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2019</u>, at <u>11:03</u> o'clock <u>AM EDT</u>, <u>Torrey Young</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 8, 2019</u>         By:   <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title:  <u>Counselor</u>