Certificate Number: 14912-PAW-DE-033522921

Bankruptcy Case Number: 19-10874



14912-PAW-DE-033522921

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 8, 2019, at 11:03 o'clock AM EDT, Pamela Young completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  October 8, 2019              By:     /s/Jai Bhatt

                                         Name:   Jai Bhatt

                                         Title:  Counselor