**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Pamela A. Young<br>           Torrey J. Young<br>                                    Debtors | **BK NO. 19-10874 TPA**<br>**Chapter 7**<br>**Related to Document No. 15** |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B<br>                                    Movant<br>                    v.<br>Pamela A. Young<br>Torrey J. Young<br>                                    Respondent<br>                    and<br>Joseph B. Spero Esq., Trustee<br>                         Additional Respondents | **Hearing Date: December 12, 2019**<br>**Hearing Time: 10:30AM**<br>**Objection Deadline: November 18, 2019** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I, James C. Warmbrodt, Esquire, hereby certify that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief and the Notice of Hearing filed and served on November 1, 2019 has been received. James C. Warmbrodt, Esquire, further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief were to be filed and served no later than November 18, 2019. It is hereby respectfully requested that the order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306, Fax: 215-825-6406
jwarmbrodt@kmllawgroup.com
Attorney for Movant/Applicant

**Date: December 2, 2019**