FILED
12/3/19 10:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Pamela A. Young<br>       Torrey J. Young<br>                          Debtor(s)<br><br>U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B,<br>                          Movant<br>                v.<br>Pamela A. Young<br>Torrey J. Young<br>                          Respondent(s)<br>                and<br>Joseph B. Spero Esq., Trustee<br>                          Additional Respondents | BK. NO. 19-10874 TPA<br><br>CHAPTER 7<br>Related to Docket #  15 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 3rd day of December , 2019, at Erie, upon Motion of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust VIII-B, it is

**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 3112 Woodlawn Ave, Erie, PA 16510 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge    jlm

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 19-10874-TPA
Torrey J. Young                                                     Chapter 7
Pamela A. Young
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: culy                  Page 1 of 1                   Date Rcvd: Dec 03, 2019
                               Form ID: pdf900             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db/jdb         +Torrey J. Young,    Pamela A. Young,    10804 Carol Lane,    North East, PA 16428-5119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              James     Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee Et Al... bkgroup@kmllawgroup.com
              Joseph B. Spero    sperolaw@neohio.twcbc.com,    jspero@ecf.axosfs.com;legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka    Seelinger    on behalf of Debtor Torrey J. Young rebeka@seelingerlaw.com
              Rebeka    Seelinger    on behalf of Joint Debtor Pamela A. Young rebeka@seelingerlaw.com
                                                                                             TOTAL: 5