Form 129

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Torrey J. Young
Pamela A. Young**
   Debtor(s)

Bankruptcy Case No.: 19–10874–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Joseph B. Spero is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: January 29, 2020

Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 19-10874-TPA
Torrey J. Young                                                 Chapter 7
Pamela A. Young
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: admin              Page 1 of 1              Date Rcvd: Jan 29, 2020
                              Form ID: 129             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2020.
db/jdb         +Torrey J. Young,    Pamela A. Young,    10804 Carol Lane,    North East, PA 16428-5119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee Et Al... bkgroup@kmllawgroup.com
              Joseph B. Spero    sperolaw@neohio.twcbc.com,     jspero@ecf.axosfs.com;legalmom18@hotmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka   Seelinger    on behalf of Debtor Torrey J. Young rebeka@seelingerlaw.com
              Rebeka   Seelinger    on behalf of Joint Debtor Pamela A. Young rebeka@seelingerlaw.com
                                                                                             TOTAL: 5